**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KENNETH PITCHFORD,

    Petitioner,

vs.                                      CASE NO. 5:06cv120/RS

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35) and Petitioner's Untimely Motion To Preserve Appellate Review Rights In Lieu Of Filing An Objection To Magistrate's Report and Recommendation That His Petition For Writ Of Habeas Corpus Be Dismissed (Doc. 38). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Respondent's Motion to Dismiss (Doc. 9) is granted. The Petition for Writ of Habeas Corpus (Doc. 1), which challenges the conviction and sentence in *State of Florida v. Kenneth F. Pitchford*, Bay County Circuit Court Case No. 99-2335, is dismissed with prejudice.

3. Petitioner's Untimely Motion To Preserve Appellate Review Rights In Lieu Of Filing An Objection To Magistrate's Report and Recommendation That His Petition For Writ Of Habeas Corpus Be Dismissed (Doc. 38) is denied.

4.      The clerk is directed to close the file.

      ORDERED on September 19, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**